UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SEALED ORDERED UNSEALED on 08/14/2024 s/ Alexandra

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DWIGHT E. SAMUELS,<br>Defendant. | Case No.: '24 MJ2807<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about April 29, 2024, within the Southern District of California, defendant Dwight E. Samuels, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded semi-automatic 9mm Barretta M-9 handgun, bearing the serial number m9166461; in violation of Title 18, United States Code, Section 922(g)(1).

Sean Davis

Sean Davis, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 26th day of July 2024.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On April 29, 2024, a San Diego Police Department ("SDPD") Officer was patrolling the Barrio Logan neighborhood of San Diego, California in a marked police vehicle.

At approximately 11:00 pm, the Officer observed a red Lexus ("the Vehicle") pass in the opposite direction with window tint covering the front driver and passenger windows in violation of California Vehicle Code § 26708(a)(1). The Officer made a U-Turn and positioned himself directly behind the Vehicle and ran records check which revealed the registered owner as "Dwight Samuels." The record check also showed the Vehicle had a suspended registration as of April 14, 2024, in violation of California Vehicle Code § 4000(a)(1).

The Officer initiated a traffic stop utilizing his overhead lights and sirens and the Vehicle yielded. The driver and sole occupant of the Vehicle was identified as Dwight Samuels ("Samuels") using his California Driver's License. An Officer ran records check of Samuels using San Diego Police Information Systems which revealed a previous felony conviction for violation of California Penal Code § 459.

As Officers were looking inside the vehicle, Samuels became nervous. Officers observed, in plain view, a plastic tray ("rolling tray") commonly used to roll marijuana cigarettes on the floorboard of the Vehicle. The Officer asked Samuels if there was any marijuana in the rolling tray to which Samuels responded by reaching for the rolling tray and showing the Officer a brown colored, rolled paper-like material that contained a green leafy substance inside ("marijuana cigarette") which the Officer recognized as marijuana based on his training and experience. Samuels also showed the Officer a similar looking rolled marijuana cigarette which was in the driver's door handle pocket. The marijuana cigarettes were not sealed in a container and were accessible to Samuels while driving in violation of California Vehicle Code § 23222(b).

During a search of the vehicle, Officers observed a black satchel-style bag, within reach of the driver, on the rear passenger seat. Within the bag, Officers uncovered a black semi-automatic 9mm Barretta M-9 handgun, bearing the serial number m9166461. The

handgun was loaded with two rounds of 9mm ammunition in the magazine, including an additional round in the chamber. Records check of the firearm revealed it was registered to J.P.M.

Records checks on Samuels revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 11/15/2005 | CASC – San Diego | Cal. V.C. § 2800.2(A) – Evade Peace Officer, Disregard Safety (Felony); Cal. V.C. § 10851(A) – Take Vehicle without Owner Consent/Vehicle Theft (Felony) | 16 months prison |
| 02/19/2008 | FL – Duval County | Fla. Stat. § 784.011 – Assault with Intent or Threat to do Violence (Misdemeanor, 2nd) | 60 days |
| 05/21/2009 | CASC – San Diego | Cal. V.C. § 12500(A) – Drive without License (Misdemeanor) | 3 years' probation |
| 06/09/2010 | CASO – San Diego | Cal. P.C. § 460(A) – Burglary: First Degree (Felony) | 3 years prison |
| 06/29/2010 | CASD – Corr. R.J. Donovan | Cal. P.C. § 667.5(B) – Prison: New Felony: Enhance Term (Felony) | 3 years prison |
| 10/12/2016 | CASO – San Diego | Cal. P.C. § 459 – Burglary: First Degree (Felony); Cal. P.C. § 1320.5 – Failure to Appear on Felony Charge (Felony) | 280 months prison; 16 months prison |
| 03/13/2018 | CASD – Corr. Chino | Cal. P.C. § 459 – Burglary: First Degree (Felony) | 11 years prison |
| 10/11/2018 | CASC – San Diego | Cal. P.C. § 459 – Burglary: First Degree (Felony); | 6 years prison |

| | | | |
|---|---|---|---|
| | | Cal. P.C. § 496(A) – Receive Known Stolen Property (Consolidated); Cal. P.C. § 148(A)(1) – Obstruct Public Officer (Consolidated) | |

The firearms and ammunition were seized and inspected. Preliminary checks revealed that the revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.